# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| Matthew G. Friederichs, M.D., | Case No. 3:22-cv-00008-PDW-ARS |
| Plaintiff, | |
| v. | **PLAINTIFF'S COUNTER-DESIGNATIONS TO DEFENDANT'S DEPOSITION DESIGNATIONS FOR BRITTANY SACHDEVA** |
| Sanford Health, | |
| Defendant. | |

Pursuant to the Court's Order for Final Pretrial Conference (ECF No. 88), Plaintiff Matthew G. Friederichs, M.D. ("Plaintiff") hereby counter-designates additional portions of the deposition of Brittany Sachdeva, as previously designated by Defendant Sanford Health (ECF No. 146).

Dated: August 20, 2024

**FELHABER LARSON**

By: */s/Brandon J. Wheeler*
David L. Hashmall, MN #138162
Daniel R. Kelly, MN #247674
Brandon J. Wheeler, MN #396336
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402-4504
Telephone: (612) 339-6321
Facsimile: (612) 338-0535
dhashmall@felhaber.com
dkelly@felhaber.com
bwheeler@felhaber.com

**ATTORNEYS FOR PLAINTIFF**

4255030.v1

## PLAINTIFF'S DEPOSITION COUNTER-DESIGNATIONS

### Brittany Sachdeva – February 20, 2023

| Counter-Designation Number | Plaintiff's Counter-Designations |
|---|---|
| 1 | Page 13 Lines 11-19 |
| 2 | Page 15 Lines 22-25 |
| 3 | Page 16 Lines 1-6 |
| 4 | Page 17 Lines 9-12 |
| 5 | Page 18 Lines 14-21 |
| 6 | Page 20 Lines 24-25 |
| 7 | Page 21 Lines 1-7 |
| 8 | Page 24 Lines 5-11 |
| 9 | Page 30 Lines 17-25 |
| 10 | Page 31 Lines 1-13 |
| 11 | Page 42 Lines 3-25 |
| 12 | Page 43 Lines 1-25 |
| 13 | Page 44 Lines 1-8 |
| 14 | Page 45 Lines 20-25 |
| 15 | Page 46 Lines 1-8 |
| 16 | Page 47 Lines 21-25 |
| 17 | Page 48 Lines 1-5 |
| 18 | Page 51 Lines 13-25 |
| 19 | Page 52 Lines 1-14 |
| 20 | Page 52 Lines 24-25 |

| **Counter-Designation Number** | **Plaintiff's Counter-Designations** |
|---|---|
| 21 | Page 53<br>Lines 1-25 |
| 22 | Page 54<br>Lines 1-23 |