# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Matthew Friederichs, M.D., | Case No. 3:22-cv-0008-PDW-ARS |
| Plaintiff, | |
| v. | |
| Sanford Health, | |
| Defendant. | |

### Sanford Health's Motion to Quash Trial Subpoena of Chief Administrative Officer Jennifer Grennan

Pursuant to Federal Rule of Civil Procedure 45, Defendant Sanford Health, by and through its undersigned counsel, respectfully moves the Court for an Order quashing the trial subpoena of its Chief Administrative Officer, Jennifer Grennan.

This motion is based upon all the files, records, and proceedings herein together with memoranda of law and supporting materials submitted in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated:  August 23, 2024         **Larson • King, LLP**

By:   *s/ Shawn M. Raiter*
Shawn M. Raiter (ND 05712)
Angela Beranek Brandt (ND 08130)
Zane P. Aubert
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN  55101
Tel:  (651) 312-6500
Fax:  (651) 312-6618
sraiter@larsonking.com
abrandt@larsonking.com
zaubert@larsonking.com

**Attorneys for Defendant Sanford Health**