IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| Matthew G. Friederichs, M.D., | Case No. 3:22-cv-00008-PDW-ARS |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR COSTS** |
| Sanford Health, | |
| Defendant. | |

Pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure and Rule 54.1(A)(1) of the Local Rules for the District of North Dakota, Plaintiff Matthew G. Friederichs, M.D. respectfully moves the Court for an Order awarding him the following costs incurred in connection with this action:

(1) All costs taxable under 28 U.S.C. § 1920;

(2) Certain expert witness fees taxable under Rule 26(b)(4)(E) of the Federal Rules of Civil Procedure;

(3) The remaining expert witness fees taxable under N.D.C.C. § 51-15-09; and

(4) Process server fees taxable under N.D.C.C. § 51-15-09.

This Motion is based on the arguments and authorities presented in Plaintiff's Memoranda of Law, the declarations and supporting exhibits, and all files, records, and proceedings herein.

4264174.v1

Dated: October 21, 2024                     **FELHABER LARSON**

                                    By:    */s/Brandon J. Wheeler*
                                            David L. Hashmall, MN #138162
                                            Daniel R. Kelly, MN #247674
                                            Brandon J. Wheeler, MN #396336
                                            220 South Sixth Street, Suite 2200
                                            Minneapolis, MN 55402-4504
                                            Telephone: (612) 339-6321
                                            Facsimile: (612) 338-0535
                                            dhashmall@felhaber.com
                                            dkelly@felhaber.com
                                            bwheeler@felhaber.com

                                            **ATTORNEYS FOR PLAINTIFF**