# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Matthew Friederichs, M.D., | Case No. 3:22-cv-0008-PDW-ARS |
| Plaintiff, | |
| v. | |
| Sanford Health, | |
| Defendant. | |

### Sanford Health's Renewed Motion for Judgment as a Matter of Law, or in the Alternative, Motion to Reduce the Exemplary Damages Awarded

Pursuant to Federal Rule of Civil Procedure 50(b), Defendant Sanford Health, by and through its undersigned counsel, respectfully moves the Court for an Order granting its Renewed Motion for Judgment as a Matter of Law and entering judgment in favor of Sanford on all of Plaintiff's claims. Alternatively, Pursuant to Federal Rule of Civil Procedure 59(e), Sanford Health respectfully moves the Court for an Order granting its Motion to Reduce the Exemplary Damages Awarded.

This motion is based upon all the files, records, and proceedings herein together with memoranda of law and supporting materials submitted in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated:  November 4, 2024  **Larson • King, LLP**

By:  *s/ Shawn M. Raiter*
Shawn M. Raiter (ND 05712)
Angela Beranek Brandt (ND 08130)
Zane P. Aubert
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN  55101
Tel:  (651) 312-6500
Fax:  (651) 312-6618
sraiter@larsonking.com
abrandt@larsonking.com
zaubert@larsonking.com

**Attorneys for Defendant Sanford Health**