Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

| | |
|---|---|
| Matthew Friederichs, M.D., | |
| Plaintiff, | AMENDED JUDGMENT IN A CIVIL CASE |
| vs. | |
| Sanford Health, | Case No.   3:22-cv-8 |
| Defendant. | |

☑ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Decision on Motion**.  This action came before the Court on motion.  The issues have been considered and a decision rendered.

☐ **Stipulation**.  This action came before the court on motion of the parties.  The issues have been resolved.

☐ **Dismissal**.  This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the jury's verdict, judgment is hereby entered in favor of Plaintiff Dr. Matthew Friederichs against Defendant Sanford Health in the amount of $289,800.00.

Pursuant to the Order dated May 6, 2025, (Doc. 231), Sanford's renewed motion for judgment as a matter of law (Doc. 197) is DENIED. Because of the extensive briefing, Sanford's motion for a hearing (Doc. 199) is DENIED. Dr. Friederichs' motion for attorney's fees and treble damages (Doc. 187; Doc. 196; Doc. 224) are DENIED, but his motion for costs and his supplemental motion for costs (Doc. 192; Doc. 220) are GRANTED IN PART. Dr. Friederichs is awarded $38,868.55 in costs.

Date: May 6, 2025

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Pamela Bloomquist, Deputy Clerk*