# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Matthew Friederichs, M.D., | Case No. 3:22-cv-0008-PDW-ARS |
| Plaintiff, | |
| vs. | **SATISFACTION OF JUDGMENT** |
| Sanford Health, | |
| Defendant. | |

WHEREAS, a judgment was entered in the above action on the 7th day of October 2024 in favor of Plaintiff Matthew Friederichs, M.D., and against Sanford Health in the amount of $289,800.00 plus interest from the 7th day of October 2024, and an amended judgment taxing costs in the amount of $38,868.55 having been entered on the 6th day of May 2025, and said judgment and amended judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgments is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Date:  June 23, 2025                    **FELHABER LARSON**

*/s/Brandon J. Wheeler*
David L. Hashmall, MN #138162
Daniel R. Kelly, MN #247674
Brandon J. Wheeler, MN #396336
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402-4504
Telephone: (612) 339-6321
Facsimile: (612) 338-0535
dhashmall@felhaber.com
dkelly@felhaber.com
bwheeler@felhaber.com

**Attorneys for Matthew Friederichs, M.D.**

STATE OF NORTH DAKOTA )
) ss.:
COUNTY OF CASS )

Before me, the undersigned authority, on this day personally appeared Matthew Friederichs, M.D., who by me being duly sworn, deposed as follows:

My name is Matthew Friederichs. I am over eighteen (18) years of age, of sound mind, and capable of making this Affidavit. I certify that I authorized my attorneys at Felhaber Larson to sign and file the above Satisfaction of Judgment. I further certify that the October 7, 2024 Judgment, May 6, 2025 Amended Judgment, and all interest and costs thereon have been fully paid, and that there are no outstanding executions with any Sheriff or Marshall. Therefore, full and complete satisfaction of all judgments in the above referenced matter is hereby acknowledged.

FURTHER AFFIANT SAYETH NOT.

_____
MATTHEW FREIDERICHS, M.D.

SUBSCRIBED and SWORN to before me on this 23rd day of June, 2025.

_____
Notary Public in and for the State of North Dakota

MAKENNA KAISER
Notary Public
State of North Dakota
My Commission Expires Mar. 20, 2027

Commission Expires: Mar 20, 2027

3